IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 6 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-00755-PAB-BNB

SCHERINDA JOHNSON,

    Plaintiff,

v.

GRAEBEL COMPANIES, INC.,

    Defendant.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. All costs of service shall be advanced by the United States.

DATED April 13, 2009.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00755-PAB-BNB

Scherinda Johnson
819 Dillon Way, #302
Aurora, CO 80011

US Marshal Service
Service Clerk
Service forms for: Graebel Companies, Inc.

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Graebel Companies, Inc: TITLE VII COMPLAINT FILED 04/03/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/16/09.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk