IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00755-PAB-BNB

SCHERINDA JOHNSON,

Plaintiff,

v.

GRAEBEL COMPANIES, INC.,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion and Memorandum for Leave to File an Amended Complaint** [docket no. 17, filed August 13, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the Plaintiff's Amended Complaint for filing.  Defendant has ten (10) days to respond to the Amended Complaint.

DATED:  August 17, 2009