IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00755-PAB-BNB

SCHERINDA JOHNSON,

Plaintiff,

v.

GRAEBEL COMPANIES, INC.,

Defendant.

---

## ORDER

---

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **September 29, 2009**, the parties shall file a

stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated September 15, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge